NO. 13-14-00312-CR

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 31 2015

Abel Acosta, Clerk

ARTURO SANCHEZ ALMAGUER
    (Petitioner)

§

v.

§

THE STATE OF TEXAS
    (Respondent)

§

§

IN THE COURT

OF

CRIMINAL APPEALS

---

## MOTION FOR EXTENSION OF TIME TO FILE A PDR

---

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, ARTURO SANCHEZ ALMAGUER, Petitioner pro se, and files this motion for an extension of sixty (60) days in which to file a Petition for Discretionary Review. In support of this motion, Petitioner shows the Court the following:

I.

The Petitioner was convicted in the 206th District Court of Hidalgo County, Texas of the offense of Capital Murder in Cause No. CR-1214-12-D, styled The State of Texas vs. Arturo Sanchez Almaguer. The Petitioner appealed to the Court of Appeals, Thirteenth Supreme Judicial District, appeal no.13-14-00312-CR. The case was affirmed on June 25, 2015. A motion for rehearing was timely filed. The motion for rehearing was denied on 7-24-15 .

FILED IN
COURT OF CRIMINAL APPEALS

JUL 31 2015

Abel Acosta, Clerk

II.

The present deadline for filing the Petition for Discretionary Review is 7-29-15 . The Petitioner has not requested any extension prior to this request.

III.

Petitioner requests an extension based on the following facts: Petitioner is not a lawyer or paralegal and is not represented by counsel. Therefore it takes extra time to utilize the Unit law library at two hours per day to research the issues to be raised on the PDR.

WHEREFORE, Petitioner prays this Court will grant this motion and extend the deadline for filing the Petition for Discretionary Review in this Cause.

Respectfully submitted,

Arturo Almaguer Sanchez
Arturo Sanchez Almaguer 1918635
3001 S. Emily Dr.
Beeville, TX 78102

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion for extension of time to file PDR was sent to Theodore Hake, Appellate Division, 100 N. Closner, Edinburg, Texas 78539 and Office of the State Prosecuting Attorney P.O. Box 12405, Capital Station, Austin, TX 78711 postage prepaid through the McConnell Unit mailroom on 7-29-15 ,2015

Arturo Sanchez Almaguer 1918635

Date: 7-29-15

Hon.Clerk, Able Acosta
Court of Criminal Appeals
P.O. Box 12308
Austin, TX 78711

Dear Hon.Clerk,

Enclosed please find my pro se  Petitioner's Motion for Extension of Time to File a Petition for Discretionary Review.  Please file this Motion with papers of this case and bring it to the attention of the Court.

Please date-stamp this letter and return it to me at my address shown below.

I also request that you notify me of the Court's ruling on my Motion.

Sincerely,

Arturo Sanchez Almaguer #1918635
3001 S. Emily Dr.
Beeville, TX 78102